AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MERIAL LIMITED, )
MERIAL SAS    Plaintiff(s)    )    **APPEARANCE**
                              )
                              )
         vs.              )    CASE NUMBER   1:07-CV-00630-HHK
                              )
                              )
INTERVET, INC.    Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __STEVEN M. AMUNDSON__ as counsel in this
                            (Attorney's Name)

case for: __MERIAL LIMITED AND MERIAL SAS__
              (Name of party or parties)

April 6, 2007
Date

*Steven M. Amundson*
Signature

STEVEN M. AMUNDSON
Print Name

412196
BAR IDENTIFICATION

FROMMER LAWERENCE & HAUG, LLP
751 FIFTH AVENUE
Address

NEW YORK, N.Y.    10151
City    State    Zip Code

212- 588-0800
Phone Number

00442130.pdf