## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Merial Limited,<br>Merial SAS | : | |
| | : | |
| | : | |
| Plaintiffs, | : | Case No. 1:07CV00630 |
| | : | Judge: Henry H. Kennedy |
| v. | : | |
| | : | |
| Intervet, Inc. | : | |
| | : | |
| Defendant. | : | |

## MOTION TO APPEAR PRO HAC VICE FOR THOMAS J. KOWALSKI

PLEASE TAKE NOTICE, that pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the

annexed declaration of Thomas J. Kowalski, declared to on April 6, 2007, the undersigned,

Steven M. Amundson, a member of the bar of this Court, respectfully moves this Court to permit

Thomas J. Kowalski to appear *pro hac vice* in the subject case filed in the United States District

Court for the District of Columbia for plaintiffs Merial Limited and Merial SAS (individually

and collectively).  A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 6th day of April, 2007.

/s/ Steven M. Amundson
Steven M. Amundson, Esq.
(SAmundson@FLHLaw.com) DC Bar # 412196
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

---------------------------------------------------------------

Merial Limited,                                  :
Merial SAS                                       :
                                                 :
                                                 :
          Plaintiffs,                            :      Case No. 1:07CV00630
                                                 :      Judge: Henry H. Kennedy
                    v.                            :
                                                 :
Intervet, Inc.                                   :
                                                 :
          Defendant.                             :

---------------------------------------------------------------

**DECLARATION OF THOMAS J. KOWALSKI**
**IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE**

I, Thomas J. Kowalski, hereby declare as follows:

1.      I am a partner at the law firm of Frommer Lawrence & Haug LLP, 745 Fifth

Avenue, New York, New York 10151, Tel. (212) 588-0800.

2.      I am a member in good standing of the Bar of the State of New York and the Bars

following United States Courts: the United States District Courts for the Southern, Eastern and

Western Districts of New York, the Federal Circuit, and the United States Supreme Court.

3.      I have never been held in contempt of any court or convicted of any crime, or

publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4.      I have been admitted *pro hac vice* in this Court in Case No. 1:06CV0658 on

May 2, 2006.

5.      I do not engage in the practice of law from an office located in the District of

Columbia, am not a member of the District of Columbia Bar or have an application for

membership pending.

Dated: April 6, 2007

_____
THOMAS J. KOWALSKI

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| Merial Limited,<br>Merial SAS      : <br>      : <br>      : <br>       Plaintiffs,      : <br>      : <br>          v.      : <br>      : <br>Intervet, Inc.      : <br>      : <br>       Defendant.      : | Case No. 1:07CV00630<br>Judge: Henry H. Kennedy |

## ORDER OF ADMISSION

Upon consideration of the motion by plaintiffs Merial Limited and Merial SAS

(individually and collectively), pursuant to Local Rule 83.2(d) for an order permitting Thomas J.

Kowalski to appear *pro hac vice* in this action, the motion is granted, and it is hereby;

**SO ORDERED** this _____ day of _____ 2007

_____
Judge, United States District Court
For the District of Columbia

4

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

Merial Limited,                                    :
Merial SAS                                         :
                                                   :
                                                   :
            Plaintiffs,                            :          Case No. 1:07CV00630
                                                   :          Judge: Henry H. Kennedy
                   v.                              :
                                                   :
Intervet, Inc.                                     :
                                                   :
            Defendant.                             :

-------------------------------------------------------

The undersigned hereby certifies that on this 6th day of April 2007, I electronically filed

the foregoing with the Clerk of Court using the CM/ECF system which will automatically send

email notification of such filing to defendant's attorney:

    John R. Hutchins, Esq.
    DC Bar # 456749
    Kenyon & Kenyon
    1500 K Street NW, Suite 700
    Washington, DC
    Tel 202-220-4200, fax 202-220-4201
    Attorneys for Defendant, Intervet, Inc.

                        /s/ Steven M. Amundson
                        Steven M. Amundson, Esq.
                        (SAmundson@FLHLaw.com) DC Bar #. 412196
                        **FROMMER LAWRENCE & HAUG LLP**
                        745 Fifth Avenue
                        New York, New York 10151
                        Tel.: (212) 588-0800; Fax: (212) 588-0500