UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Merial Limited,<br>Merial SAS<br><br>   Plaintiffs,<br><br>         v.<br><br>Intervet, Inc.<br><br>   Defendant. | Case No. 1:07CV00630<br>Judge: Henry H. Kennedy |

## MOTION TO APPEAR PRO HAC VICE FOR VICKI FRANKS

PLEASE TAKE NOTICE, that pursuant to D. Columbia L. Civ. R. 83.2(d) and upon the annexed declaration of Vicki Franks, declared to on April 6, 2007, the undersigned, Steven M. Amundson, a member of the bar of this Court, respectfully moves this Court to permit Vicki Franks to appear *pro hac vice* in the subject case filed in the United States District Court for the District of Columbia for plaintiffs Merial Limited and Merial SAS (individually and collectively). A proposed Order is attached for the convenience of the Court.

Respectfully submitted this 6th day of April, 2007.

/s/ Steven M. Amundson

(Samundson@FLHLaw.com)DC Bar # 412196
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Merial Limited,<br>Merial SAS<br><br>       Plaintiffs,<br><br>       v.<br><br>Intervet, Inc.<br><br>       Defendant. | Case No. 1:07CV00630<br>Judge: Henry H. Kennedy |

### DECLARATION OF VICKI FRANKS IN SUPPORT OF
### MOTION TO APPEAR PRO HAC VICE

I, Vicki Franks, hereby declare as follows:

1.  I am an associate at the law firm of Frommer Lawrence & Haug LLP located at 745 Fifth Ave., NY, NY 10151.

2.  I am a member in good standing of Federal and State Court Bar, among which are the Bar of the States of New York, and the Bars of the United States District Court for the Eastern and Southern Districts of New York and the Federal Circuit.

3.  I have never been held in contempt of any court or convicted of any crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court.

4.  I have not been admitted *pro hac vice* in this Court within the last two years.

5.  I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar or have an application for membership pending.

Dated: April 6, 2007

_____Vicki Franks_____
VICKI FRANKS, ESQ.

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| Merial Limited,<br>Merial SAS<br><br>       Plaintiffs,<br><br>              v.<br><br>Intervet, Inc.<br><br>       Defendant. | :<br>:<br>:<br>:<br>:  Case No. 1:07CV00630<br>:  Judge: Henry H. Kennedy<br>:<br>:<br>:<br>: |

**ORDER OF ADMISSION**

Upon consideration of the motion by plaintiffs Merial Limited and Merial SAS (individually and collectively), pursuant to Local Rule 83.2(d) for an order permitting Vicki Franks to appear *pro hac vice* in this action, the motion is granted, and it is hereby;

**SO ORDERED** this _____ day of _____ 2007

_____
Judge, United States District Court
For the District of Columbia

UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF COLUMBIA

| | |
|---|---|
| Merial Limited,<br>Merial SAS<br><br>    Plaintiffs,<br><br>        v.<br><br>Intervet, Inc.<br><br>    Defendant. | Case No. 1:07CV00630<br>Judge: Henry H. Kennedy |

The undersigned hereby certifies that on this 6th day of April 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to defendant's attorney:

John R. Hutchins, Esq.
DC Bar # 456749
Kenyon & Kenyon
1500 K Street NW, Suite 700
Washington, DC
Tel 202-220-4200, fax 202-220-4201
Attorneys for Defendant, Intervet, Inc.

/s/ Steven M. Amundson
Steven M. Amundson, Esq.
(SAmundson@FLHLaw.com) DC Bar #. 412196
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
Tel.: (212) 588-0800; Fax: (212) 588-0500