UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MERIAL LIMITED and <br> MERIAL SAS <br> <br> Plaintiffs, <br> <br> v. <br> <br> INTERVET, INC. <br> <br> Defendant. | : <br> : <br> : <br> : Civil Action No. <br> : <br> : 1:07-cv-00630 (HHK) <br> : <br> : <br> : <br> : |

MOTION FOR ADMISSION
OF ATTORNEYS *PRO HAC VICE*

Pursuant to LCvR 83.2(d), Timothy A. Ngau, a member in good standing of the Bar of this Court and counsel of record for Plaintiffs, Merial Limited and Merial SAS, respectfully requests this Court to permit the following non-members of this Court's Bar to participate in the Court's proceedings in this matter *pro hac vice*:

      Frank G. Smith, III
      J. Patrick Elsevier, Ph.D.
      Elizabeth K. Haynes

The declaration of each of these attorneys, setting forth the information required by LCvR 83.2(d), accompanies this motion as an exhibit.

LEGAL02/30322624v1

2

Dated:  April 9, 2007                              Respectfully submitted,

/s/ *Timothy A. Ngau*
ALSTON & BIRD, LLP
Timothy A. Ngau
DC Bar No. 339333
950 F Street, NW
Washington, DC  20004
Phone: 202-756-3300
Fax: 202-756-3333

Counsel for Merial Limited
and Merial SAS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MERIAL LIMITED and<br>MERIAL SAS | :<br>:<br>: |
| Plaintiffs, | : Civil Action No.<br>: |
| v. | : 1:07-cv-00630 (HHK)<br>: |
| INTERVET, INC. | :<br>: |
| Defendant. | :<br>: |

DECLARATION OF FRANK G. SMITH, III
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Frank G. Smith, III declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. I am counsel for Plaintiffs Merial Limited and Merial SAS in this action.

2. I am a partner of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3. I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: Superior Court, Court of Appeals and Supreme Court of the State of Georgia; the United States District Courts of the Northern District of Georgia, Middle District of Georgia, and Southern District of Georgia; as well as the United States Court of Appeals for the Fifth and Eleventh Circuits.

- 2 -

4. I hereby certify that I have never been disciplined by any bar; that I have been admitted once *pro hac vice* before this Honorable Court in the past two years, which was in the related case, Civil Action No. 1:06-cv-00658 (HHK-JMF); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: April 9, 2007

_____
Frank G. Smith, III

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MERIAL LIMITED and<br>MERIAL SAS<br><br>    Plaintiffs,<br><br>    v.<br><br>INTERVET, INC.<br><br>    Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.<br>:<br>: 1:07-cv-00630 (HHK)<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF J. PATRICK ELSEVIER, Ph.D.
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

J. Patrick Elsevier, Ph.D. declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1.    I am counsel for Plaintiffs, Merial Limited and Merial SAS in this action.

2.    I am a partner of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3.    I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: all state courts of Georgia; U. S. District Court for the Northern District of Georgia; U. S.

- 2 -

District Court for the Middle District of Georgia; and U.S. Court of Appeals for the Sixth Circuit, Cincinnati, Ohio.

4. I hereby certify that I have never been disciplined by any bar; that I have been admitted once *pro hac vice* before this Honorable Court in the past two years, which was in the related case, Civil Action No. 1:06-cv-00658 (HHK-JMF); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 4/9/07

J. Patrick Elsevier, Ph.D.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MERIAL LIMITED and : 
MERIAL SAS :
 :
    Plaintiffs, : Civil Action No.
 :
    v. : 1:07-cv-00630 (HHK)
 :
INTERVET, INC. :
 :
    Defendant. :
 :

DECLARATION OF ELIZABETH K. HAYNES
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Elizabeth K. Haynes declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1.    I am counsel for Plaintiffs, Merial Limited and Merial SAS in this action.

2.    I am an associate of Alston & Bird, LLP, 1201 W. Peachtree Street, Atlanta, Georgia 30309. My telephone number is (404) 881-7000.

3.    I am a member in good standing of the Bar of the State of Georgia. I am admitted to practice in the following courts: All State and Superior Courts in Georgia, Supreme Court of the State of Georgia; the United States District Courts of the Northern District of Georgia.

- 2 -

4. I hereby certify that I have never been disciplined by any bar; that I have been admitted once *pro hac vice* before this Honorable Court in the past two years, which was in the related case, Civil Action No. 1:06-cv-00658 (HHK-JMF); that, although Alston & Bird has an office in the District of Columbia, I do not engage in the practice of law from that office, nor do I have an application for membership in the District of Columbia pending.

Under penalty of perjury I do so declare.

Dated: 4/6/07

Elizabeth K. Haynes