AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Merial Limited and Merial SAS,

   Plaintiff(s)  ) **APPEARANCE**

   vs.    ) CASE NUMBER 1:07-cv-00630-HHK

Intervet Inc.,

   Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Cedric Tan   as counsel in this
         (Attorney's Name)

case for:   Intervet Inc.
    (Name of party or parties)

April 24, 2007
Date

464848
BAR IDENTIFICATION

Signature

Cedric Tan
Print Name

1500 K Street N.W., Suite 700
Address

Washington, DC  20005
City  State  Zip Code

202-220-4200
Phone Number