## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERVET INC.,<br><br>*Defendant*. | Civil Action No. 1:07-cv-00630-HHK |

### INTERVET'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MERIAL'S COMPLAINT

Defendant Intervet Inc. ("Intervet") hereby moves for an extension of time of up to thirty (30) days to respond to Defendants Merial Limited's and Merial SAS's (collectively "Merial") complaint in this matter. Intervet's answer or otherwise responsive pleading is currently due April 24, 2007. Under this motion, Intervet will have up to and including May 24, 2007 to file its answer or otherwise responsive pleading. Intervet has conferred with counsel for Merial, and counsel for Merial has agreed to grant Intervet the requested extension of time.

Dated: April 24, 2007                                  Respectfully Submitted,

                                                         /s/  Cedric Tan
                                                Cedric Tan (D.C. Bar # 464848)
                                                KENYON & KENYON LLP
                                                1500 K Street N.W., Suite 700
                                                Washington, DC. 20005
                                                (202) 220-4200 (telephone)
                                                (202) 220-4201 (facsimile)
                                                Attorneys for Plaintiff
                                                Intervet Inc.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

MERIAL LIMITED and MERIAL SAS,

*Plaintiffs*,

v.

INTERVET INC.,

*Defendant.*

Civil Action No. 1:07-cv-00630-HHK

**[PROPOSED] ORDER**

Now before the Court is *Intervet's Unopposed Motion for an Extension of Time to Respond to Merial's Complaint* ("Motion"). Upon consideration of the motion and the fact that the relief sought has been agreed to by the parties, Intervet's Motion is hereby GRANTED. Intervet will have through and including May 24, 2007 to file its answer or otherwise responsive pleading to the complaint of Plaintiffs Merial Limited and Merial SAS (D.I. 1).

**SO ORDERED**.

Date: _____                    _____

United States District Judge