AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MERIAL LIMITED and MERIAL SAS,

      Plaintiff(s)    )  
                         )   **APPEARANCE**  
                         )  
      vs.           )   CASE NUMBER   1:07-cv-00630-HHK  
INTERVET INC.,              )  
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __John R. Hutchins__ as counsel in this
                           (Attorney's Name)

case for: __Intervet Inc.__
         (Name of party or parties)

October 4, 2007  
Date

_/s/ John R. Hutchins_  
Signature

John R. Hutchins  
Print Name

456749  
BAR IDENTIFICATION

Kenyon & Kenyon LLP, 1500 K Street, N.W., Suite 700  
Address

Washington, D.C.      20005  
City    State    Zip Code

202.220.4200  
Phone Number