AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Merial Limited and Merial SAS           )
        Plaintiff(s)                     )   **APPEARANCE**
                                          )
        vs.                               )   CASE NUMBER   1:07-cv-00630-HHK
                                          )
Intervet Inc.                           )
        Defendant(s)                     )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Yariv Waks  as counsel in this
                (Attorney's Name)

case for: Intervet Inc.
      (Name of party or parties)

October 5, 2007
Date

_[Signature]_
Signature

Yariv Waks
Print Name

Kenyon & Kenyon LLP   1500 K Street NW
Address

Washington   DC                20005
City         State             Zip Code

202-220-4200
Phone Number

491729
BAR IDENTIFICATION