UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MERIAL LIMITED and MERIAL SAS,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERVET INC.,<br><br>*Defendant*. | Civil Action No. 1:07-cv-00630 (HHK) |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b), plaintiff Intervet Inc. ("Intervet") hereby gives notice of the withdrawal of Cedric C.Y. Tan as counsel in the above-captioned matter.

Dated: October 5, 2007

Respectfully Submitted,

_____
Cedric C.Y. Tan
D.C. Bar # 464848

_____
William Blackstone
Chief Patent Counsel
Intervet Inc.

/s/ John Hutchins
_____
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorneys for Plaintiff
Intervet Inc.