UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MERIAL LIMITED and MERIAL SAS,**<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>**INTERVET, INC.,**<br>　　　　　Defendant. | Civil Action 07-00630  (HHK) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 29th day of February 2008 hereby

**ORDERED** and **ADJUDGED** that this action, Civil Action 07-00630, is **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1